IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHELBY MARIE MOSLEY | : | |
| FKA SHELBY MARIE MASON | : | CASE NO. 1:13-bk-05879 |
| | : | |
| | : | |
| Debtor(s) | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Comes now the Debtor, Shelby Marie Mosley, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on November 14, 2013.
2. The Debtor has completed paying her plan and wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

Respectfully submitted,

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire,
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel (717)232-6650
Fax (717) 232-0477
karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHELBY MARIE MOSLEY | : | |
| FKA SHELBY MARIE MASON | : | CASE NO. 1:13-bk-05879 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHELBY MARIE MOSLEY | : | |
| FKA SHELBY MARIE MASON | : | CASE NO. 1:13-bk-05879 |
| | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that Ithat on April 2, 2018 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| LAYNE ENTERPRISES, INC<br>ATTN: PAYROLL DEPARTMENT<br>3980 JONESTOWN ROAD<br>HARRISBURG, PA 17109 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 04/02/2018

/s/ Kara K. Gendron
_____
Kara K. Gendron, Esquire,
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
Tel (717)232-6650
Fax (717) 232-0477
karagendron@gmail.com