Certificate Number: 17572-PAM-DE-030900661

Bankruptcy Case Number: 13-05879



17572-PAM-DE-030900661

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 18, 2018</u>, at <u>1:30</u> o'clock <u>PM PDT</u>, <u>Shelby Mosley</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   April 18, 2018         By:     /s/Leigh-Anna M Thompson

                                Name:   Leigh-Anna M Thompson

                                Title:  Counselor